UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____Tyler_____ DIVISION

Debbie Brown
_____

_____

_____

Name of Plaintiff(s)

Case Number: 6:19 CV 296

vs

Wal-Mart # 6467

Matt Morrow

Misty (Personell)

Name of Defendant(s)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for
      employment discrimination.  Jurisdiction is specifically conferred on the court by 42
      U.S.C. 2000e-5.  Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2..    Plaintiff, Debbie Brown _____, is a citizen of the United States
            (name of plaintiff)

and resides at 10230 Sundown _____, Tyler ,
                  (street address)              (city)

Smith _____, Texas , 75709 , (903)630-2677
   (county)           (state)      (zip)      (telephone)

3..     Defendant, _WAl-Mart #6467_ , resides at, or its business is
                            (name of defendant)

located at _4505 SouthEAst Loop 323_ , _Tyler_
                    (street address)             (city)

_Smith_ , _TX_ , _7570_ , _(903)405-6391_ .
    (county)         (state)       (zip)      (telephone)

4.     Plaintiff sought employment from the defendant or was employed by the defendant

at _450 S. SouthEAst Loop 323_ , _Tyler_ ,
          (street address)              (city)

_Smith_ , _TX_ , _75702_ .
     (county)           (state)       (zip)

5.     Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about _July 6, 2018_ .
                                 (month, day, year)

6.     Plaintiff filed charges against the defendant with the Equal Employment Opportunity
       Commission charging defendant with the acts of discrimination indicated in paragraphs
       9 and 10 of this complaint on or about __ _3, 28, 2019_ .
                                      (month, day, year)

7.     The Equal Employment Commission issued a Notice of Right to Sue which was
       received by plaintiff on _3 - 28 - 2019_ .
                                   (month day, year)

8.    Because of plaintiff's (1) _____ ✓ race, (2) _____ ✓ color, (3) _____ ✓ sex,

(4) _____ ✓ national origin,   defendant:

a.    _____ failed to employ plaintiff.

b.    _____ ✓ terminated plaintiff's employment.

c.    _____ failed to promote plaintiff.

d.    _____ ✓ Other _____ADA of 1990_____

_____

_____

9.    The circumstances under which the defendant discriminated against plaintiff were as follows:

    Attachment from Texas WorkForce Commission

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

10.     The acts set forth in paragraph 9 of this complaint:

    a.     _____✓_____ are still being committed by defendant.

    b.     _____ are no longer being committed by defendant.

    c.     ___✓___ defendant may still be committing the acts.

11.     Plaintiff attaches to this complaint a copy of the charges filed with the Equal
Employment Opportunity Commission which charges are submitted as a brief statement
of the facts supporting this complaint.  WHEREFORE, Plaintiff prays that the Court
grant the following relief to the plaintiff:

        a.     _____ Defendant be directed to employ plaintiff.

        b.     _____ Defendant be directed to re-employ plaintiff.

        c.     _____ Defendant be directed to promote plaintiff.

        d.     ___✓___ Defendant be directed to *Address Discrimination* and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

_Debbie Brown_
_____
(Signature of Plaintiff)