copy

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

Tyler Division

|  |  |  |
|---|---|---|
| Debbie Brown | ) | Case No. 6:19cv296 JDK/KNM |
| _Plaintiff(s)_ | ) | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | |
| -v- | ) ) | Jury Trial: _(check one)_ ☐ Yes ☐ No |
| WAl-Mart. Et AL | ) ) ) ) ) ) | Amended Complaint |
| _Defendant(s)_ | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) | |

U.S. DISTRICT CLERK, RECEIVED COURT
JUL 01 2020
EASTERN DIST. OF TEXAS

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Debbie Brown

Address         10230 Sundown

Tyler                TX          75709
                *City*        *State*       *Zip Code*

County          Smith

Telephone Number   (903) 253-3858

E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    WAl-Mart INC...ETAL

Job or Title *(if known)*   Corporate Buisness INC

Address                 702 SW 8th St.

Bentonvile          AR          72716
                *City*        *State*       *Zip Code*

County
Telephone Number       1(479) 273-4000
E-Mail Address *(if known)*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name                    James BozArd

Job or Title *(if known)*   Store Manger (Director)

Address                 450 SSE 323

Tyler                TX          75702
                *City*        *State*       *Zip Code*

County          Smith
Telephone Number       1(903) 405-6391
E-Mail Address *(if known)*

[ ] Individual capacity    [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name                           MATT MORROW
Job or Title *(if known)*       Store Manger
Address                        450 SSE Loop 323
                               Tyler           TX      75702
                                  *City*          *State*      *Zip Code*
County                         Smith
Telephone Number               1(903) 405-6391
E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name                           Misty Bhatty
Job or Title *(if known)*       Personell Manager
Address                        450 SSE Loop 323
                               Tyler           TX      75702
                                  *City*          *State*      *Zip Code*
County                         Smith
Telephone Number               1(903) 405-6391
E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Title VII 1964
ADA 1990 - ADAAA 2008
ADE
Age Discrimination Employement 1967

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Discharged/Fired 7/6/2018
Title VII Because of Race, Sex Black and Female
ADA 1990 \ Due to My Disability
ADAAA ADE 1967 My Age 53

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur? Medical Leave FMLA
I was off Work for 4wks. Dr. Filled Out Forms to Return To Work
Employer Stated No work for Me
No Accomdations At WAl-Mart 6467
Texas Workforce Division Investigated Incident. I was Fired Due
ADE, ADAAA, Title VII

B.  What date and approximate time did the events giving rise to your claim(s) occur?
1/25/2018
Several phone Calls Jan 2019
Spoke with Misty Bhatty Stated: No work for ME

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Sedgwick Accomdation was Not meet by WAl-Mart
1/25/2018 Dr. Certification Submitted to Return To Work
Sedgwick Case 8830002058-01

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*NONE*

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

To Remedy the Egregious, Reprehnsible Act by the Employer Wal-Mart who violated laws of Title VII, ADA, ADAAA, ADE
For Each Act Violated:
Title VII   Due to Mental Anguish, Stress, Discrimination, RACE,
Monetarily Damages $5,000,000
ADA/ADAAA  Due to Employer Disregard for Disabled Individuals
$1,000,000
ADE: Due to Discrimination Due to my Gender, Age for Employement
$1,00000

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  6/30/2020

Signature of Plaintiff  _Debbie Brown_

Printed Name of Plaintiff  _Debbie Brown_

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number  _____

E-mail Address  _____

**GENERAL ORDER 20-03**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## <u>COURT OPERATIONS UNDER EXIGENT CIRCUMSTANCES</u>
## <u>CREATED BY THE COVID-19 PANDEMIC</u>

This General Order is in response to the recent outbreak of a novel coronavirus in the United States and the State of Texas. The World Health Organization has declared the disease it causes, "coronavirus disease 2019" (COVID-19), a global pandemic, having spread across more than 120 countries with a rising toll of thousands of confirmed cases. The United States District Court for the Eastern District of Texas (EDTX) is closely monitoring the outbreak of COVID-19, in conjunction with the developing guidance from the Centers for Disease Control and Prevention (CDC). The CDC has described the outbreak in the United States as a "rapidly evolving situation" and is providing continuously updated guidance as to the appropriate community response to COVID-19 as conditions worsen. The CDC's guidance includes multiple types of mitigation strategies generally aimed at reducing or avoiding exposure to infected individuals.

As of the date of this Order, there have been several confirmed cases of COVID-19 within the Eastern District of Texas. The CDC and other public health entities have recommended social distancing to limit further community spread of COVID-19. The Court is concerned with the health and safety of the public, Court employees, staff of other entities with whom Court personnel interact, litigants, counsel, interpreters, law enforcement officials, and jurors, who must work in close quarters to hear evidence and to deliberate.

Therefore, given the severity of risk to the persons by the spread of COVID-19 in EDTX, and taking into consideration matters of public health, while reducing the size of public gatherings and the need for travel, the Court orders as follows:

1.      All jury trials (criminal and civil) scheduled to begin on any date from this date through May 1, 2020, are continued, to a date to be reset by each presiding judge. Those

continuances do not continue any pending deadlines other than the trial dates. Attorneys should contact the presiding judges in their impacted cases if they seek to modify such other deadlines.

2.      Due to the Court's reduced ability to obtain an adequate spectrum of jurors and due to the reduced availability of attorneys and Court staff to be present in courtrooms because of the public health considerations described above, the time period of the continuances implemented by this Order are excluded under the Speedy Trial Act, 18 U.S.C § 316(h)(7)(A). The Court finds that the ends of justice served by ordering these continuances outweigh the best interests of the public and each defendant's right to a speedy trial. In fact, the best interests of the public are served by these continuances.

3.      The currently scheduled session of the EDTX Grand Jury to be held in Tyler, Texas on Wednesday, March 18th, 2020, shall proceed as scheduled and shall conclude prior to the end of Thursday, March 19th, 2020. All other grand jury proceedings within EDTX through May 1, 2020, are continued. All related deadlines are suspended and tolled for all purposes, including the statute of limitations, from this date through May 1, 2020.

4.      Individual judges may continue to hold bench trials, in-person hearings, sentencing proceedings, scheduling conferences and other court proceedings as they deem appropriate, on a case by case basis. Counsel may seek relief from those matters by appropriate motions. The use of telephonic or video proceedings are welcomed where such are deemed appropriate by the presiding judge. This Order does not impact any court's continuing discretion to consider and decide particular matters on the papers alone. This order is intended to afford each presiding judge with maximum discretion to handle their respective dockets (aside from jury trials addressed above) as they deem best considering the totality of the circumstances. Individual corporate and law firm policies on travel and related matters may be raised by counsel via motion practice, but such shall not be binding or controlling on the Court in any respect.

5.      Magistrate Judges will continue to preside over criminal matters, such initial appearances, arraignments, detention hearings and the issuance of warrants.

6.      Any events involving the court that are not case-specific, including, but not limited to, continuing legal education courses, public tours, administration of oaths to attorneys, and naturalization ceremonies conducted by the Court which are scheduled to occur between this date and May 1, 2020, are hereby canceled, to be subsequently rescheduled as appropriate.

7. All courthouses in the Eastern District of Texas, including the Clerk's Offices, Bankruptcy Court and Clerk's Offices, and Probation Offices, will remain open for business. No courthouse facility will be closed without a subsequent specific order issued by the Chief Judge of EDTX. Notwithstanding such, certain court employees, including some of chambers staff, may be teleworking between this date and May 1, 2020, but any employees teleworking will be accessible by phone or email. Electronic filings shall continue to be made through the CM/ECF system.

8. Any delivery directed to chambers shall be delivered instead to the Clerk's Offices in each courthouse.

9. Unless extended, this Order will remain in effect through May 1, 2020, and will expire on May 2, 2020, without further order or action.

10. Judges, unit executives, and supervisors should demonstrate flexibility in balancing the staffing needs of the court and court units with the individual needs of our employees; this to be done without forgetting our continuing constitutional mandate to carry on, as practical and prudent, the work of the court and the pursuit of justice.

**FOR THE COURT:**

**SO ORDERED and SIGNED this 16th day of March, 2020.**

RO███████████

Chief Judge

Debbie Brown
18230 Sundown
Tyler, TX 75709

CERTIFIED MAIL

7020 0090 0001 9765 9780

Clerk
United States District Court
Eastern District of Texas
211 W. Ferguson
Tyler, TX 75702



FOREVER USA
Barn Swallow

US POSTAGE PAID
FCM LG ENV
TYLER, TX
75702
JUN 30, 20
AMOUNT
$7.60
R2305E126173-08