# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **DEBBIE BROWN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:19-cv-296-JDK-KNM |
| | § | |
| **WALMART #6467, et al.,** | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby

**ORDERS** that the above-entitled and numbered civil action is **DISMISSED WITH PREJUDICE**.

All pending motions are **DENIED**.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **17th** day of **November, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE